IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 1:24-cv-53-SA-RP

JOSHUA PAINE

**DEFAULT JUDGMENT**

The Defendant, Joshua Paine, having failed to appear, plead or otherwise defend in this action, and default having been entered on April 22, 2024, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Joshua Paine, in the amount of $28,333.00, plus interest on the judgment at the legal rate until the judgment is satisfied, a separate filing fee of $405.00 to the Clerk of Court, and a $65.00 processing fee.

This the 10th day of June, 2024.

                                            __s/ David Crews_____
BY:   Clerk of Court by LGM